IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 2 6 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA    :
    :
        v.    :        1:26CR___111___-1
    :
COURTNEY ASHENA SWEPSON    :

The Grand Jury charges:

COUNT ONE

On or about May 31, 2024, in the County of Guilford, in the Middle District of North Carolina, COURTNEY ASHENA SWEPSON knowingly made a materially false statement to State Employees Credit Union, the accounts of which were then ensured by the National Credit Union Association, for the purpose of influencing the actions of said credit union in opening a checking account and issuing a personal loan in the amount of $10,000 and an automobile loan in the amount of $29,000 to a person named Carla Ford, in that COURTNEY ASHENA SWEPSON falsely and knowingly represented to State Employees Credit Union in opening a checking account and applying for said personal and auto loans that she was Carla Ford and presented a false and counterfeit United States Passport in the name of Carla Ford as well as a false social security number to State Employees Credit Union, when, in truth and fact, as she then well knew, COURTNEY ASHENA SWEPSON was

misrepresenting her true identity as Carla Ford, who COURTNEY ASHENA SWEPSON well knew was not a real person, for the purpose of opening a State Employees Credit Union checking account and obtaining a personal and auto loan all in the name of Carla Ford; in violation of Title 18, United States Code, Sections 1014.

COUNT TWO

On or about May 31, 2024, in the County of Guilford, in the Middle District of North Carolina, COURTNEY ASHENA SWEPSON, during and in relation to a felony enumerated in Title 18 United States Code, 1028A(c), to wit: false statement to a federal credit union, in violation of Title 18, United States Code, Section 1014, as alleged in Count One and incorporated herein by reference, knowingly did possess and use, without lawful authority, a means

2

of identification of another person, that is, the name and State Employees Credit Union account number of a person whose initials are T.P.; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

*Frank J. Chut Jr. by NRD*

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

3